UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD C. HUGLER, Acting
Secretary of Labor, United States
Department of Labor

    Plaintiff,

v.                                       Case No: 2:16-cv-526-FtM-38MRM

EL MICHOACANO, LLC, ITALMEX,
LLC, JOSE JESUS JIMENEZ and
SALVADOR GARCIA,

    Defendants.
_____/

**ORDER**[1]

This matter comes before the Court on the parties' Consent Judgment and Order (Doc. 45). The Consent Judgment references a "Schedule A" that is not before the Court. Because the parties have not included all the necessary documents for the Court's review, the Court will not enter the Consent Judgment. And the Court orders the parties to refile their consent judgment attaching all necessary documentation.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

The parties are ordered to refile their Consent Judgment and Order with all necessary documentation attached **on or before May 14, 2018.**

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of May 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record